**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| CHRISTINA KENNEDY, | Case No. 2:22-cv-01312-APG-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| LOS ANGELES FIELD OFFICE OF THE FBI and ALBANY FIELD OFFICE OF THE FBI, | |
| Defendants. | |

On August 15, 2022, the court received the plaintiff's "petition." ECF No. 1-1. Plaintiff Christina Kennedy did not file an application to proceed in forma pauperis and did not pay the filing fee.

I THEREFORE ORDER plaintiff Christina Kennedy to file an application to proceed in forma pauperis or pay the filing fee by November 30, 2022. If she fails to do so, this action will be dismissed without prejudice.

I FURTHER ORDER Kennedy to file a certificate of interested parties as required by Local Rule 7.1-1 by November 30, 2022.

DATED this 28th day of October, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE