**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHRISTINA KENNEDY, | Case No. 2:22-cv-01312-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| LOS ANGELES FIELD OFFICE OF THE FBI and ALBANY FIELD OFFICE OF THE FBI, | |
| Defendants. | |

On August 15, 2022, the court received the plaintiff's "petition." ECF No. 1-1. Plaintiff Christina Kennedy did not file an application to proceed in forma pauperis and did not pay the filing fee. I thus ordered her to file an application to proceed in forma pauperis or pay the filing fee by November 30, 2022. ECF No. 3. I advised her that if she failed to do so, I would dismiss this action without prejudice. *Id.* Kennedy has not paid the filing fee or applied for leave to proceed in forma pauperis as ordered. *Id.* Consequently, I dismiss this action.

I THEREFORE ORDER plaintiff Christina Kennedy's petition (ECF No. 1-1) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 2nd day of December, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE